IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN A. TOWNES, | : |
| Plaintiff, | : |
| | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 10-1780 |
| JOHN E. POTTER, | : |
| | : |
| Defendant. | : |

## ORDER

**AND NOW**, this ___ day of January, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. 14), Plaintiff's Motion for Summary Judgment (Doc. 15), and the parties respective Responses in Opposition thereto (Doc. 16), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **closed** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**